```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TEVA PHARMACEUTICAL INDUSTRIES LTD, :
TEVA PHARMACEUTICAL WORKS
PRIVATE LIMITED COMPANY, and
TEVA PHARMACEUTICALS CURACAO NV,

                Plaintiffs,

v.

MERRILL LYNCH & CO., INC.,
MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED, and
MERRILL LYNCH INTERNATIONAL

                Defendants.

------------------------------------------------------------X

09 CV 6936 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, Chief United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates.

SO ORDERED:

Dated: New York, New York
         January 26, 2010

_____
LORETTA A. PRESKA, CHIEF U.S.D.J.