**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re Merrill Lynch Auction Rate
Securities Litigation
------------------------------------------------------X
This Document Relates To:
No. 09 Civ. 6936 (LAP)

TEVA PHARMACEUTICAL INDUSTRIES LTD.;
TEVA PHARMACEUTICAL WORKS PRIVATE
LIMITED COMPANY; AND TEVA
PHARMACEUTICALS CURACAO NV,
                        Plaintiffs,

-against-

MERRILL LYNCH & CO., INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
AND MERRILL LYNCH INTERNATIONAL,
                        Defendants.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/11

09 **MD** 2030 (LAP)

**JUDGMENT**

      Defendants having moved to dismiss all of the claims, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on February 11, 2011, having rendered its Order granting Defendants' motion to dismiss with prejudice, and directing the Clerk of the Court to mark case no. 09 Civ. 6936 as closed, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2011, Defendants' motion to dismiss is granted with prejudice, and case no. 09 Civ. 6936 is closed and all pending motions are denied as moot.

**Dated:** New York, New York
          March 2, 2011

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                 **BY:**
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____